**Fill in this information to identify the case:**

Debtor 1  Shandle Elizabeth Motley
          First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the:          District of _____
                                                         (State)

Case number   14-25583
(if known)

Chapter filing under:

☒ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A), the court orders that:

☒ The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[ ]  The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ 83.75 | 8/15/2014 |
|  | Month / day / year |
| $ 83.75 | 9/15/2014 |
|  | Month / day / year |
| $ 83.75 | 10/15/2014 |
|  | Month / day / year |
| + $ 83.75 | 11/1/2014 |
|  | Month / day / year |
| Total  $ 335.00 | |

*Order dated August 1, 2014 denying waiver for fees is Vacated.*

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

8/18/14
Month / day / year

By the court: _____
              United States Bankruptcy Judge

AUG 18 2014